UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERMONDE QUINNTEZ BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-1068 |
| | ) Chief Judge Crenshaw |
| ROB LYONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In this civil rights litigation where Jermonde Quinntez Bey claims to be an "Aboriginal Indigenous Moorish-American" who is "bound to the Zodiac Constitution," and proceeds "In Propria Person, Sui Juris (not to be confused with Pro Se)," (Doc No. 1, Complaint ¶ 4), the Magistrate Judge has issued a Report and Recommendation (Doc. No. 20) in which she recommends that Bey's Complaint be dismissed. No objections have been filed.

Having considered the matter *de novo* in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because (1) Bey's Section 1983 claims are time-barred, and (2) his Section 1986 allegations fail to state a claim upon which relief can be granted because no conspiracy is alleged.

Accordingly, the R&R (Doc. No. 20) is **APPROVED** and **ADOPTED**, and Defendants' Motion to Dismiss (Doc. No. 15) is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE.** The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES JUDGE